NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TERRY LEE HILL, DOC #762155,                    )
                                                )
          Appellant,                            )
                                                )
v.                                              )
                                                )          Case No.  2D18-1536
STATE OF FLORIDA,                               )
                                                )
          Appellee.                             )
_____             )

Opinion filed February 22, 2019.

Appeal from the Circuit Court for Pinellas
County; Chris Helinger, Judge.

Terry Lee Hill, pro se.

PER CURIAM.

          Affirmed.

NORTHCUTT, SLEET, and SALARIO, JJ., Concur.